Gillett v. Foreman, Blake & Axtell.

GILLETT v. FOREMAN, BLAKE & AXTELL.

1. REVIEW OF EVIDENCE. The Supreme Court will not review a finding of the District Court upon evidence, when no exceptions were taken to such finding, nor a motion made for a new trial, on the ground that

the finding was against the evidence; following *Pace* v. *Warner*, 10 Iowa 391, and *Corner & Co.* v. *Gaston*, Ib. 512.

*Appeal from Jasper District Court.*

TUESDAY, APRIL 16.

*J. W. Sennett* and *Smith & Cassady* for the appellants.

No brief by the appellee.

BALDWIN, J.—There is no special finding by the court to which this cause was submitted and exceptions thereto, nor a motion for a new trial. The record presents the evidence, and the fact that upon this evidence the court found for the plaintiff. The judgment must be affirmed as falling within the rule laid down by this court in *Pace* v. *Warner*, 10 Iowa 391. But if not clearly within that rule, then upon the evidence, even if correctly admitted by the court, we are unable to say that the finding is so contrary to the weight of evidence as would justify the reversal of the judgment.

Affirmed.